IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE, AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701,<br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CODY ELECTRIC, INC., an Illinois corporation, and KELLI CODI, individually,<br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08 CV 3371<br><br>Judge Norgle<br>Magistrate Judge Schenkier |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendants, CODY ELECTRIC, INC., an Illinois corporation, and KELLI CODI, individually, by and through its attorneys, COHON RAIZES & REGAL LLP, and for its Motion for Extension of Time to Answer or Otherwise Plead, states as follows:

1. On June 11, 2008, Plaintiffs filed their Complaint alleging two counts of breach of contract against Defendants.

2. Defendants were served with Summons and Complaint and Defendant's counsel was not in receipt of the Summons and Complaint until recently.

3. Defendants' counsel will need additional time to investigate and review documents in order to prepare its defense in this matter.

4. Plaintiffs will not be prejudiced by this extension of time. Plaintiffs' counsel has further indicated to Defendants' counsel that they have no objection to the Court granting Defendants fourteen more days to answer or otherwise plead.

WHEREFORE, the Defendants, CODY ELECTRIC, INC., and KELLI CODI, respectfully request this Honorable Court to grant an extension of time of fourteen (14) days within which to file an Answer or otherwise plead.

          Respectfully submitted,

          By: /s/ Carrie A. Dolan

Cornelius P. Brown (ARDC No. 0312355)
Carrie A. Dolan (ARDC No. 6224808)
Cohon Raizes & Regal LLP
208 S. LaSalle Street, Suite 1860
Chicago, Illinois 60604
(312)726-2252