IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE PENSION, WELFARE, AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 CV 3371 |
| CODY ELECTRIC, INC., an Illinois corporation, and KELLI CODI, individually, | ) ) | Judge Norgle Magistrate Judge Schenkier |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   John R. Etzkorn
James R. Anderson
Arnold and Kadjan
19 West Jackson Boulevard, Suite 300
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on July 11, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles R. Norgle or any other judge sitting in his stead, in Courtroom 2341, at 219 South Dearborn, Chicago, Illinois, and then and there present the attached **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, at which time and place you may appear as you see fit to.

/s/ Carrie A. Dolan
Cohon Raizes & Regal LLP

## **PROOF OF SERVICE**

      Carrie A. Dolan, an attorney, being first duly sworn on oath, deposes and says that she served a copy of the attached **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** upon the above attorneys via first class mail by depositing same, postage prepaid, before 5:00 p.m. in the United States Mail at Chicago, Illinois, on July 1, 2008, and caused a copy to be served upon the above attorneys via email through the Electronic Case Filing System of the Northern District of Illinois, Eastern Division.

                                            /s/ Carrie A. Dolan

Cornelius P. Brown (ARDC No. 0312355)
Carrie A. Dolan (ARDC No. 6224808)
Cohon Raizes & Regal LLP
208 S. LaSalle Street, Suite 1860
Chicago, Illinois 60604
(312)726-2252