**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08 CV 3371

TRUSTEES OF THE PENSION, WELFARE, AND
VACATION FRINGE BENEFIT FUNDS OF NEW LOCAL
701, Plaintiffs.
   v.
CODY ELECTRIC, INC., an Illinois corporation, and KELLI
CODI, individually, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print) | |
| Cornelius P. Brown | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Cornelius P. Brown | |
| FIRM | |
| Cohon Raizes & Regal LLP | |
| STREET ADDRESS | |
| 208 S. LaSalle Street, Suite 1860 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0312355 | 312-726-2252 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐