# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Trustees of the Pension, Welfare and Vacation
Fringe Benefit Funds of IBEW Local 701

Plaintiff,

v.

Case No.:
1:08−cv−03371

Honorable Charles R. Norgle Sr.

Cody Electric, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2008:

MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion for Extension of Time to Answer or Otherwise Plead [9] is granted. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.