AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Trustees of the Pension, Welfare and Vacation
Fringe Benefit Funds of IBEW Local 701

V.

Cody Electric, Inc., an Illinois corporation, and
Kelli Cody, individually,

CASE NUMBER: **08 C 3371**

ASSIGNED JUDGE: **JUDGE NORGLE**

DESIGNATED **MAGISTRATE JUDGE SCHENKIER**
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Kelli Cody, Individually
12555 S. 69th Avenue
Palos Heights, Illinois 60463

*12555 S. 69½ Ave*
*Palos Heights IL 60463*

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK



**June 16, 2008**
_____
Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 6/20/08 @ 9:45am |
| NAME OF SERVER *(PRINT)* Brian Riebel | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Served Kelli Cody at her residence 12555 S. 69th Ave, Palos Heights IL (W/F 42 shorte blond hair )

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/20/08
       Date                   Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE208
PARK RIDGE  IL  60068

      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.